UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | DOCKET NO. 3:07cr10-2 |
| V. | ORDER |
| TINZLOW KENYADA MORRIS | |

This MATTER is before the Court on Defendant's pro se Motion to Reduce Sentence Pursuant to First Step Act 2018.

Setting Response Deadline for US Attorney as to Defendant. The Government is hereby ordered to inform the Court of **Document 95** - Motion to Reduce Sentence Pursuant to First Step Act 2018. Responses due by October12, 2021..

IT IS SO ORDERED.

Signed: September 9, 2021

Frank D. Whitney
United States District Judge