# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION

UNITED STATES OF AMERICA,

                                    DOCKET NO. 3:07CR10

    V.                                              ORDER

TINZLOW KENYADA MORRIS

---

   This MATTER is before the Court on Defendant's Motion to Reduce Sentence re. First Step Act (Doc. No. 95) and Motion to Appoint Counsel (Doc. No 94).

   The defendant is out of protective custody of the Federal Bureau of Prisons. Therefore, IT IS ORDERED, that Defendants Motion to Reduce Sentence re. First Step Act (Doc. No. 95) and Motion to Appoint Counsel (Doc. No 94 are **DENIED AS MOOT.**

IT IS FURTHER ORDERED that the Court's Order (Doc. No. 97) is VACATED.

IT IS SO ORDERED.

                                Signed: September 15, 2021

*[signature]*
Frank D. Whitney
United States District Judge